**Brian TYSON, Petitioner**

v.

**COMMONWEALTH of Pennsylvania, Respondent.**

Supreme Court of Pennsylvania.

Aug. 27, 2008.

*ORDER*

PER CURIAM.

**AND NOW,** this 27th day of August, 2008, the Application for Leave to File Original Process is granted. The Petition for Writ of Habeas Corpus Ad Subjiciendum—King's Bench Matter and Application for an Immediate Hearing are denied.

Justice GREENSPAN did not participate in the consideration or decision of this matter.

**Walter CEO, Petitioner**

v.

**John KERESTES, Superintendent SCI Mahoney, District Attorney of the County of, Attorney General of the State of Pennsylvania, Respondents.**

Supreme Court of Pennsylvania.

Aug. 27, 2008.

*ORDER*

PER CURIAM.

**AND NOW,** this 27th day of August, 2008, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Habeas Corpus is **DENIED.**

Justice GREENSPAN did not participate in the consideration or decision of this matter.